IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTE DIVISION
3:18-CV-93

| | |
|---|---|
| GEORGE SURVANT, )<br>                    Plaintiff, )<br>v.                            )<br>                            )<br>CHARTER COMMUNICATIONS, INC., )<br>and CHARTER COMMUNICATIONS, )<br>(NC), LLC, )<br>                  Defendants. ) | ORDER |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Paul G. Sherman,** filed March 28, 2018 [doc. # 12].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

In accordance with Local Rule 83.1 (B), Mr. Sherman is admitted to appear before this court *pro hac vice* on behalf of Defendants, Charter Communications, Inc., and Charter Communications (NC), LLC.

**IT IS SO ORDERED.**

Signed: March 28, 2018

*/s/ Graham C. Mullen*

Graham C. Mullen
United States District Judge